**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

U.S. Bank, N.A., Chase Home Finance, LLC,

       Plaintiffs,               Civil No. 10-4079 (RHK/JSM)

vs.                       **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The Northern Trust Company,
Kanabec State Bank

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2010

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge